**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **WILLIAM CHRISTOPHER NICKELS,** *Plaintiff,* | § § § § | |
| ***v.*** | § § | **NO. 1:25-CV-01696-ADA** |
| **IN MY PARENTS BASEMENT, INC., ET AL.,** *Defendants.* | § § § § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding the merits of Plaintiff's Complaint. Dkt. 4. The report recommends that certain claims brought by Plaintiff be dismissed with prejudice and that other claims continue. The report also clarifies certain claims which should be dismissed as to certain defendants. The Report and Recommendation was filed January 23, 2026. This Court hereby adopts Judge Howell's Recommendations, with the minor exception that dismissed claims will be dismissed WITHOUT PREJUDICE, rather than with prejudice as recommended.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections to the report on February 9, 2026. Dkt. 8. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted, with the exception that claims will be dismissed WITHOUT PREJUDICE

On the same day Plaintiff filed objections, Plaintiff filed a Motion to Amend Complaint (Dkt. 9). The Court finds that the Motion is meritorious and should be **GRANTED.** Plaintiff filed the proposed First Amended Complaint as a supplement on the record. Dkt. 10. The Clerk's Office is respectfully directed to file Plaintiff's First Amended Complaint after filing this Order adopting most of the recommendations and dismissing certain claims.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, is **ADOPTED with the exception that all claims dismissed are dismissed WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff Nickels's RICO, 42 U.S.C. § 1983, and 42 U.S.C. § 1985(3) claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Nickels's individual-capacity ADA Title II claims against LaBruyere, Uptmore, Croslen, Daniel, Hernandez, and Alaquinez are **DISMISSED WITHOUT PREJUDIC**E; Nickels's ADA Title V claims against Ward, Farmers, Kraft, and Allison are **DISMISSED WITHOUT PREJUDICE**; and Nickels's individual capacity ADA Title V claims against LaBruyere, Uptmore, Croslen, Daniel, Hernandez, and Alaquinez are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED** that after filing Plaintiff's First Amended Complaint, the Clerk of the Court is to issue summons and the United States Marshal is to commence service of process as to Nickels's remaining claims, including service of Nickels's First Amended Complaint upon the named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

**SIGNED** on June 1, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE